*David B. Schreiber,* and *Jacob Abramson* for respondent.

No. 575. BREWER *v.* AMRINE, WARDEN. January 18, 1943. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Floyd Brewer, pro se.*